

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00051-CV
_____

SMART WAGON CORPORATION AND
MONTGOMERY PIKE BURKHART, SR., Appellants

V.

SS FAMILY LIMITED PARTNERSHIP, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 91087

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The appellants filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:     August 7, 2023
Date Decided:       August 8, 2023